Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DR. MARA RAINWATER, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:12-cv-01008 JUDGE TRAUGER |
| v. | ) ) | **UNDER SEAL** |
| EDUCATION MANAGEMENT CORPORATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPROPRIATIONS AND MOTION TO EXTEND DEADLINES

At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.

On October 1, 2013, the United States moved for a stay of all proceedings in the above-captioned case [D.E. 25], which the Court granted by order dated October 2, 2013 [D.E. 26].

Pursuant to its motion to stay, the United States hereby gives notice that late on October 16, 2013, Congress passed and the President signed a Continuing Resolution funding the Department of Justice and other federal agencies until January 15, 2014. The United States therefore moves to lift the stay on this action and extend the deadline for the United States to intervene or otherwise seek an extension of the seal on this action by sixteen days, to December 18, 2013, commensurate with the duration of the lapse in appropriations.