UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> DR. MARA RAINWATER, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EDUCATION MANAGEMENT ) <br> CORPORATION, *et al.*, ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO. 3:12-cv-01008 <br> JUDGE TRAUGER <br><br> **UNDER SEAL** |

## ORDER GRANTING UNITED STATES' FIFTH MOTION FOR AN EXTENSION OF TIME TO CONSIDER INTERVENTION

Upon consideration of the United States' Motion pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for an extension of time in which to determine whether to intervene in the above-captioned action, and for good cause shown:

**IT IS HEREBY ORDERED** that the United States shall have until and including **October 14, 2014**, to notify the Court of its decision regarding intervention;

**IT IS FURTHER ORDERED** that the Complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by the Court, until and including **October 14, 2014**, or until further order of the Court.

_____
ALETA A. TRAUGER
United States District Judge